Year Investments, Inc., an Illinois Corporation, Plaintiff-Appellee, v. Thomas E. Joyce, Leo Palewich, Jr., and World Wide Brokerage Corporation, a Delaware Corporation, Defendants-Appellants.

**Gen. No. 11,793.**

Second District, Second Division.

December 13, 1963.

Rehearing denied January 16, 1964.

Gordon Moffett, of Wheaton, and Burton Sherre, of Chicago, for appellants; McDermott, Will & Emery, of Chicago (Hamilton Smith, of counsel), for appellee. Opinion by JUDGE WRIGHT. Not to be published in full.